No. 90–165.   WISE v. NORTH CAROLINA.   Sup. Ct. N. C. Certiorari denied.

No. 90–167.   FREEDLAND v. MICHIGAN.   Ct. App. Mich.   Certiorari denied.

No. 90–170.   MAGNONE ET AL. v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 90–173.   SWANK v. SMART, INDIVIDUALLY AND AS CITY MARSHAL OF CARTHAGE, ILLINOIS, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 90–174.   POKORNY, ADMINISTRATRIX OF THE ESTATE OF DUFFY, DECEASED v. FORD MOTOR CO.   C. A. 3d Cir.   Certiorari denied.

No. 90–175.   DENNIS v. CITY OF MIDDLETON, WISCONSIN, ET AL. (two cases).   C. A. 7th Cir.   Certiorari denied.

No. 90–177.   DOUTHWAITE v. VIRGINIA.   C. A. 4th Cir.   Certiorari denied.

No. 90–178.   AUBIN ET AL. v. E. F. HUTTON GROUP, INC., ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 90–179.   INDEPENDENCE FEDERAL SAVINGS BANK v. HUNTLEY.   Ct. App. D. C.   Certiorari denied.

No. 90–180.   COOPER v. UNITED STATES ET AL.   C. A. 2d Cir. Certiorari denied.

No. 90–183.   GOODEN v. TOWN OF CLARKTON, NORTH CAROLINA, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 90–185.   DISTRICT 2 MARINE ENGINEERS BENEFICIAL ASSN. ET AL. v. DELTA QUEEN STEAMBOAT CO.   C. A. 5th Cir. Certiorari denied.

No. 90–186.   JAMAIL v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.